UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS<br><br>Plaintiff,<br><br>vs.<br><br>THE TOWN OF PORTSMOUTH, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF PORTSMOUTH, RHODE ISLAND<br><br>Defendants. | CA 06 318 S<br><br>Civil Action No. ______________ |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Nextel Communications of the Mid-Atlantic, Inc., d/b/a Nextel Communications ("Nextel"), by its attorneys, Blish & Cavanagh LLP and Devine, Millimet & Branch, P.A., submits the following Corporate Disclosure Statement:

1. Nextel Communications of the Mid-Atlantic, Inc. is a wholly-owned subsidiary of Sprint Nextel Corp., which has issued securities to the public. These securities are traded on the New York Stock Exchange under the symbol "S."

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC INC. d/b/a NEXTEL COMMUNICATIONS**

By its attorneys,

**BLISH & CAVANAGH LLP**

Dated: July 14, 2006

By: ______________________

Karen A. Pelczarski, Esquire 3357
30 Exchange Terrace
Providence, Rhode Island 02903-1765
Telephone: (401) 831-8900
KP@BLISHCAVLAW.COM

- and -

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

By: ______________________

Steven E. Grill, Esquire
(Motion For Admission *Pro Hac Vice* pending)
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: (603) 669-1000
e-mail: sgrill@devinemillimet.com