# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

V.

The Town of Portsmouth, Rhode Island, and the
Zoning Board of Review of the Town of Portsmouth,
Rhode Island

**SUMMONS IN A CIVIL ACTION**

06 318 S

CASE NUMBER: ____________

TO: (Name and Address of Defendant)

The Zoning Board of Review of
The Town of Portsmouth, Rhode Island
c/o Town Clerk
2200 East Main Road
Portsmouth, RI 02871

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

an answer to the complaint which is herewith served upon you, within ____________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK ____________________

7-14-06
DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-18-06 |
| NAME OF SERVER | TITLE DENNIS M. TABER CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

- [X] Served personally upon the defendant. Place where served: Portsmouth Town Hall
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: ____________
- [ ] Returned unexecuted: ____________
- [ ] Other (specify): ____________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5 | 45 | 50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-18-06
*Date*

Dennis M Taber
*Signature of Server*

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
*Address of Server*

1)As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.