UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Nextel Communications of the Mid-Atlantic, Inc., Plaintiff, | ) | |
| v. | ) | CA No. 06-318 |
| Town of Portsmouth, Defendant. | ) | |

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of the parties, it is ordered that

Cross motions for summary judgment shall be filed by October 6, 2006; Objections shall be filed by October 29, 2006 and Replies shall be filed by November 10, 2006. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment. After disposition of the motions for summary judgment, a conference will be held to set further discovery deadlines, if necessary.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 8/23/06