UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS<br><br>Plaintiff, | : | |
| vs. | : | Civil Action No. 06-318S |
| THE TOWN OF PORTSMOUTH, RHODE ISLAND, AND THE ZONING BOARD OF REVIEW OF THE TOWN OF PORTSMOUTH, RHODE ISLAND<br><br>Defendants. | : | |

**SECOND ASSENTED TO MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel") respectfully moves to extend by three additional weeks the time within which cross-motions for summary judgment on the "substantial evidence" claim in the case must be filed, and in support of its motion, Nextel states as follows:

1. Nextel commenced this case after the Town refused to authorize Nextel to install wireless telecommunication facilities. Nextel's Complaint contains two counts, both arising under Section 704 of the Telecommunications Act of 1996, 47 U.S.C. §332(c)(7)(B)(the "TCA").

2. By order dated August 23, 2006, the Court approved the schedule proposed by the parties pursuant to which cross-motions for summary judgment as to Nextel's "substantial evidence" count would be filed by October 6, 2006, and litigation with respect to the remaining

count ("effective prohibition") would proceed only if these motions did not result in a resolution of the case.

3. Counsel for the parties thereafter exchanged information and have been working on their respective motions. Meanwhile, however, counsel also have been discussing settlement possibilities.

4. Nextel has now made a settlement proposal which has been favorably received by the Town. Town officials will be meeting next week to consider the proposal and, assuming it is accepted, settlement documentation, including documentation confirming certain technical and engineering issues related to the proposal, will then need to be finalized.

5. Under the circumstances, the parties would like to avoid further legal expense in connection with motion practice. The Court has already granted one extension, from October 6, 2006 until and including October 20, 2006, and the parties hereby request a further extension until and including November 10, 2006, in order to complete their settlement discussions and documentation.

6. Counsel for defendants assents to the relief sought herein.

7. Nextel respectfully submits that no memorandum of law is necessary, in that this motion is addressed to the sound discretion of the Court.

**WHEREFORE**, Nextel respectfully requests that this Court:

A. Grant an extension of time to file cross-motions for summary judgment on the "substantial evidence" count by three weeks, *i.e.*, from October 20, 2006, until and including November 10, 2006;

B. Extend the deadlines for the filing of objections and replies by three weeks, as well; and,

C. Grant such other and further relief as may be just and proper.

Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS**

By its Attorneys,

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: October 25, 2006

By: /s/Steven E. Grill
Steven E. Grill, Esquire (admitted *pro hac vice*)
111 Amherst Street
Manchester, NH 03101
Telephone: (603) 669-1000
sgrill@devinemillimet.com

and

**BLISH & CAVANAGH, LLP**

By: /s/Karen A. Pelczarski #3357
Karen A. Pelczarski, Esquire
30 Exchange Terrace
Providence, Rhode Island 02903-1765
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of October 2006, a copy of the foregoing Second Assented to Motion for an Extension of Time was forwarded electronically to counsel for the defendants, Kevin P. Gavin at kpgavin@aol.com.

/s/Karen A. Pelczarski
Karen A. Pelczarski, Esquire