UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS, Plaintiff, vs. THE TOWN OF PORTSMOUTH ET AL.., Defendants. | Civil Action No. 06-318-S |

## JUDGMENT AND ORDER

Pursuant to Section 704 of the Telecommunications Act of 1996, codified at 47 U.S.C. §332(c)(7) (the "TCA"), the parties' Agreement for Judgment filed with this Court, the documents and information submitted in this action, and based on applicable law, the Court finds and orders as follows:

1. That Final Judgment hereby enters in favor of the Plaintiff Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel").

2. That, under Count I of Nextel's Complaint, the decision of the Defendant Town of Portsmouth's Zoning Board of Review (the "Board") on Nextel's Application, dated June 15, 2006 and filed with the Portsmouth Town Clerk on June 16, 2006 (the "Decision") regarding Nextel's proposed wireless communications facilities (the "Facilities") to be located at 23 Massasoit Avenue, Portsmouth, Rhode Island (the "Site") shall be and hereby is vacated and the

matter is remanded to the Board for further proceedings in accordance with the parties' Agreement for Judgment.

3. Each party shall bear its own costs and fees.

SO ORDERED:

Dated: 12/5/06

WESmith

William E. Smith
United States District Court Judge